JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL GONZALEZ, | No. CV 11-00548-AG (VBK) |
|     Petitioner, | JUDGMENT |
| v. | |
| TIM BUSBY, | |
|     Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: January 26, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE